No. 291. El Pueblo *v.* Marzan (*a*) Cafre.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en enero 17, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Tomás Castillo.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 304. El Pueblo *v.* García.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en enero 19, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Pedro Gómez.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 309. El Pueblo *v.* Padilla.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en enero 19, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Esteban Ramírez Nadal.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

Ex Parte Picornell.—Moción para que se apruebe la fianza notarial presentada. Resuelto en enero 30, 1911. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 690. Toro *v.* Forés et al.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para desestimar la apelación. Resuelto en enero 30, 1911. Denegada la moción. Abogado de los promoventes: *Sr. Eduardo Acuña.* La parte contraria no compareció.